In the Matter of the Application of ROBERT T. NEELY for an Order Directing the Cancellation and Discharge of Record of a Judgment in the Amount of $14,377.03, Entered Herein in Favor of GREAT AMERICAN INDEMNITY COMPANY and against ROBERT T. NEELY on October 31, 1931. ROBERT T. NEELY, Appellant; GREAT AMERICAN INDEMNITY COMPANY, Respondent.— Order denying petitioner's motion to cancel the aforesaid judgment, unanimously affirmed, with

twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.